UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62248-BLOOM/Valle

TAYLOR BOWKER,

    Plaintiff,

v.

M/Y SEALYON, SEALYON MARINE, LTD.,
ANTHONY LYONS, and BEN WHITEHEAD,

    Defendants.
_____/

## ORDER TO FILE MONTHLY STATUS REPORTS REGARDING SERVICE UPON FOREIGN DEFENDANTS

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff filed this action on October 29, 2021 against Defendant M/Y "Sealyon," Sealyon Marine Ltd., Anthony Lyons, and Ben Whitehead ("Defendants"), who are located outside of the United States. Plaintiff filed an amended complaint on January 14, 2021. ECF No. [9]. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint, but the 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A)."). Service has not yet been perfected.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a status report **on or before February 7, 2022, and every 30 days after**, advising the Court as to the status of service of process upon the foreign Defendants. If the status reports show that Plaintiff has "failed

Case No. 21-cv-62248-BLOOM/Valle

to exercise diligence in attempting to effectuate service on a foreign defendant," the amended complaint may be subject to dismissal without prejudice. *See Harris v. Orange S.A.*, 636 F. App'x 476, 486 (11th Cir. 2015). Failure to file the required report by the stated deadline may also result in dismissal without prejudice and without further notice.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on January 21, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record