AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TAYLOR BOWKER, individually, <br><br> *Plaintiff(s)* <br> v. <br> M/Y "SEALYON", SEALYON MARINE LTD., ANTHONY LYONS, and BEN WHITEHEAD, <br><br> *Defendant(s)* | Civil Action No. : 21-cv-62248-BLOOM/Valle |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sealyon Marine LTD
c/o: Aleman, Cordero, Galindo & Lee Trust Ltd.
3rd Floor, Geneva Place
ROAD TOWN, TORTOLA British Virgin Islands VG1110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. McLeod, Esq
MCLEOD BROCK
150 East Palmetto Park Road Suite 800
Boca Raton, Florida 33432
mmcleod@mcleodbrock.com; michelle@mcleodbrock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 21, 2022

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TAYLOR BOWKER, individually,<br><br>*Plaintiff(s)*<br>v.<br>M/Y "SEALYON", SEALYON MARINE LTD., ANTHONY LYONS, and BEN WHITEHEAD,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. : 21-cv-62248-BLOOM/Valle |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Lyons
Clifton Bay Drive, Lyford Clay
Nassau, Bahamas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. McLeod, Esq
MCLEOD BROCK
150 East Palmetto Park Road Suite 800
Boca Raton, Florida 33432
mmcleod@mcleodbrock.com; michelle@mcleodbrock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jan 21, 2022

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TAYLOR BOWKER, individually, <br><br> *Plaintiff(s)* <br> v. <br> M/Y "SEALYON", SEALYON MARINE LTD., ANTHONY LYONS, and BEN WHITEHEAD, <br><br> *Defendant(s)* | Civil Action No. : 21-cv-62248-BLOOM/Valle |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ben Whitehead
Captain of The M/Y "SEALYON"


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. McLeod, Esq
MCLEOD BROCK
150 East Palmetto Park Road Suite 800
Boca Raton, Florida 33432
mmcleod@mcleodbrock.com; michelle@mcleodbrock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 21, 2022

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court