UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62248-BLOOM/Valle

TAYLOR BOWKER,

    Plaintiff,

v.

M/Y SEALYON, SEALYON MARINE, LTD.,
ANTHONY LYONS, and BEN WHITEHEAD,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Status Report on service of process. *See* ECF No. [13].

Based on the report, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **ADMINISTRATIVELY CLOSED** until service of process is complete upon one or more Defendants.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 8, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record