UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

CASE NO.: 21-cv-62248

TAYLOR BOWKER, individually,

                Plaintiff,

vs.

M/Y "SEALYON", her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, hereunto appertaining and belonging to her, *in rem* and *quasi in rem*; SEALYON MARINE LTD., *in personam* and *quasi in rem*; ANTHONY LYONS, in *personam* and *quasi in rem*; and BEN WHITEHEAD, in *personam* and *quasi in rem*;

                Defendants.
_____/

**CONSENT AND INDEMNIFICATION AGREEMENT**
**FOR THE APPOINTMENT OF SUBSTITUTE CUSTODIAN**

      The Plaintiff, TAYLOR BOWKER and NATIONAL MARITIME SERVICES, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District, and the United States Marshal Service, from any and all liability, and responsibility for the care and custody of certain marine equipment, to wit: the M/Y "SEALYON", her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture, and all accessories, hereunto appertaining and belonging to her, *in rem* and *quasi in rem*, while in the hands of NATIONAL MARITIME SERVICES.

      Plaintiff and National Maritime Services also expressly agree to hold the United States

1

BOWKER vs. M/Y "SEALYON", et al.
CASE NO.: 21-cv-62248
Consent and Indemnification Agreement For The Appointment of Substitute Custodian

Marshal for this District, and the United States Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

Signed this 01 day of February 2022.

| PLAINTIFF'S ATTORNEY CUSTODIAN | SUBSTITUTE CUSTODIAN |
|---|---|
| Michael W. Mcleod, Esq. | Bill O'Dell- Vice President of Operations |
| Fla. Bar #956831 | National Maritime Services |
| mmcleod@mcleodbrock.com | 1560 Sawgrass Corporate Parkway, 4'10 Floor |
| ana@mcleodbrock.com | Fort Lauderdale, Florida, USA 33323 |
| michelle@mcleodbrock.com | Telephone: 954-990-1290 |
| MCLEOD BROCK | Facsimile: 954-602-9127 |
| 150 East Palmetto Park Road, Suite 800 | |
| Boca Raton, Florida 33432 | |
| South Florida Office: 561-465-7517 | |
| Facsimile: 561-516-6188 | |
| *Attorneys for Plaintiff, Taylor Bowker* | |

cc: Counsel of Record