UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62248-BLOOM/Valle

TAYLOR BOWKER,

    Plaintiff,

v.

M/Y SEALYON, SEALYON MARINE, LTD.,
ANTHONY LYONS, and BEN WHITEHEAD,

    Defendants.
_____/

### ORDER DIRECTING THE ISSUANCE OF
### WARRANT OF ARREST AND/OR SUMMONS

**THIS CAUSE** is before the Court upon Plaintiff's Emergency Motion for the Issuance of a Rule B Writ of Foreign Attachment, a Rule C Warrant of Arrest, ECF No. [12] ("Motion"). The Motion is **GRANTED**. Pursuant to Supplemental Rule C(1) and Local Admiralty Rule C(2)(a), the Clerk of the Court is directed to issue a warrant of arrest and/or summons in the above-styled action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 11, 2022.

                                          _____
                                          **BETH BLOOM**
                                          **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record