UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-cv-62248
AT LAW AND IN ADMIRALTY

TAYLOR BOWKER, individually,

                        Plaintiff,

vs.

M/Y "SEALYON", her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, hereunto appertaining and belonging to her, *in rem* and *quasi in rem*; SEALYON MARINE LTD., *in personam* and *quasi in rem*; ANTHONY LYONS, in *personam* and *quasi in rem*; and BEN WHITEHEAD, in *personam* and *quasi in rem*;

                        Defendants.

_____/

### SUMMONS AND PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA.

        GREETING:

        WHEREAS, on January 14, 2022, Plaintiff, TAYLOR BOWKER filed a complaint against the M/Y "SEALYON*", in rem and quasi in rem*, SEALYON MARINE LTD., *in personam* and *quasi in rem*; ANTHONY LYONS, *in personam and quasi in rem*; and BEN WHITEHEAD, *in personam and quasi in rem*; and for reasons in said Verified Amended Complaint mentioned for the sum of at least $500,000.00 and praying for process of marine attachment and garnishment against said defendants.

        WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer within twenty-one (21) days after service of process upon him and requires that a defendant shall serve his answer within thirty (30) days after process has been executed, whether by attachment of property or service on the garnishee.

        NOW, THEREFORE, you are hereby commanded that if the said defendant cannot be

1

BOWKER vs. M/Y "SEALYON", et al.
CASE NO.: 21-cv-62248
Summons and Process of Maritime Attachment and Garnishment

found within the District, you attach goods, chattels, credits and effects including but not limited to the M/Y "SEALYON" located and to be found at Rolly Marine Services Inc., 2551 W State Rd 84, Fort Lauderdale, FL 33312 and described as follows: the M/Y "SEALYON", a 2006, 235-gross-ton, 36.45 meters, (119.58 foot-long), Jamaican-flagged motor yacht bearing IMO No. 9450260., Ft. Lauderdale, Florida, her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, and belonging to her, or in the hands of Rolly Marine Services, Inc., the garnishee, up to the amount sued for, to-wit: $500,000.00 and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*Philip Curtis*_____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.