UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-cv-62248
AT LAW AND IN ADMIRALTY

TAYLOR BOWKER, individually,

                Plaintiff,

vs.

M/Y "SEALYON", her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, hereunto appertaining and belonging to her, *in rem* and *quasi in rem*; SEALYON MARINE LTD., *in personam* and *quasi in rem*; ANTHONY LYONS, in *personam* and *quasi in rem*; and BEN WHITEHEAD, in *personam* and *quasi in rem*;

                Defendants.
_____/

## WARRANT FOR ARREST IN REM

TO:    THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.

       The Verified Amended Complaint with Request for Issue of Supplemental Maritime Rule B Writ of Foreign Attachment and Supplemental Rule C Warrant of Arrest in the above styled *in rem* and *quasi in rem* proceeding was filed in the Miami Division of this Court on the 14th day of January 2022.

       In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, and to detain the same in your custody pending further order of the Court.

       You shall also give notice of the arrest to all persons required by the appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

       ORDERED at __FTL__, Florida, this __14th__ day of __February__, __2022__.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: ___*Philip Curtis*___
           Deputy Clerk

1

BOWKER vs. M/Y "SEALYON", et al.<br>
CASE NO.: 21-cv-62248<br>
Warrant For Arrest In Rem

MICHAEL W. MCLEOD
FLA. BAR #956831
MCLEOD BROCK
150 East Palmetto Park Road, Suite 800
Boca Raton, Florida 33432
South Florida Office: 561-465-7517
Facsimile: 561-516-6188
mmcleod@mcleodbrock.com
ana@mcleodbrock.com
michelle@mcleodbrock.com
Attorney For Plaintiff, TAYLOR BOWKER

cc: Counsel of Record

SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.